# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

Southern District

August 15, 2025

By ECF

Honorable Naomi Reice Buchwald
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:     *United States v. Eldridge Worthy*, 25 Cr. 209 (NRB)

Dear Judge Buchwald:

I write on consent (Assistant United States Attorney Varun Gumaste) to respectfully request that the Court extend the deadline for sentencing submissions by six days because I will be on vacation between August 15 and August 22, 2025.

On May 8, 2025, Mr. Worthy pleaded guilty to violating 18 U.S.C. § 924(c)(1)(A)(i), which carries a mandatory minimum sentence of 60 months' imprisonment. The Court scheduled the sentencing proceeding for September 9, 2025, and indicated that defendant's sentencing submission was due on August 20, 2025.

I will be out of the office next week, and respectfully request that the Court extend the deadline for submissions to August 26, 2025 for Mr. Worthy; and to September 2, 2025 for the Government.

*Application granted.*
*Naomi Reice Buchwald*
*USDJ*
*8/18/25*

Respectfully submitted,

/s/
Martin Cohen
Ass't Federal Defender
646-588-8317

cc:     Varun Gumaste, Esq., by ECF