UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

v.

ELDRIDGE WORTHY

**Consent
Order of Restitution**

25 Cr. 209 (NRB)

---

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Varun A. Gumaste, Assistant United States Attorney, of counsel; the presentence investigation report; the defendant's conviction on Count Two of the Information; and all other proceedings in this case, it is hereby ORDERED that:

1. **Amount of Restitution**

Eldridge Worthy, the defendant, shall pay restitution in the total amount of $492, pursuant to 18 U.S.C. § 3663(a)(3), to the victim of the offense charged in Count One of the Information. The name, address, and specific amounts owed to the victim are set forth in the Schedule of Victims, attached hereto as Schedule A. Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2. **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the manner and according to the schedule that follows:

The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

3. **Turnover of Property**

The parties agree that $492 in U.S. Currency seized at the time of the defendant's arrest, which has since remained in the possession, custody or control of the New York City Police Department, shall be delivered to the Clerk of Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for Case No. 25 Cr. 209 for application to his restitution in accordance with 18 U.S.C. §§ 3613, 3664(m)(1)(A).

4. **Payment Instructions**

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt. Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611. The defendant shall write his/her name and the docket number of this case on each check or money order.

5. **Change in Circumstances**

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any

material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

6. **Term of Liability**

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b). Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue until the estate receives a written release of that liability.

7. **Sealing**

Consistent with 18 U.S.C. §§3771(a)(8) & 3664(d)(4) and Federal Rule of Criminal Procedure 49.1, to protect the privacy interests of the victim, the Schedule of Victims, attached hereto as Schedule A, shall be filed under seal, except that copies may be retained and used by or disclosed to the listed victim, the Government, the investigating agency, the Clerk's Office, and the Probation Office, as needed to effect and enforce this Order, without further order of this Court.

AGREED AND CONSENTED TO:

United States Attorney for the
Southern District of New York

By: _____          9/10/25
Varun A. Gumaste                    DATE
26 Federal Plaza
New York, NY 10278
Tel.: (212) 637 –1023

ELDRIDGE WORTHY

By: _____          9/10/2025
Eldridge Worthy                     DATE

3

By: _____　　　　　　　9/10/2025
Martin Cohen, Esq.　　　　　　　　　　　　　　　　DATE
52 Duane Street, 10th Floor
New York, NY 10007


SO ORDERED:
_____　　　　　　　September 11, 2025
HONORABLE NAOMI REICE BUCHWALD　　　　　DATE
UNITED STATES DISTRICT JUDGE

4