```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------X

UNITED STATES OF AMERICA

        - against -
                                                    ORDER

ELDRIDGE WORTHY,                                    25 Cr. 209 (NRB)

            Defendant.

---------------------------------------X
```

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

    **WHEREAS** defendant Eldridge Worthy was sentenced on September 11, 2025 with a surrender date of October 28, 2025; and

    **WHEREAS** defendant appeared for a hearing before the Court on October 9, 2025; it is hereby

    **ORDERED** that defendant must surrender to the custody of the United States Marshal Service at 500 Pearl Street, New York, New York 10007 no later than 11 a.m. on October 14, 2025.

DATED:    New York, New York
            October 9, 2025

                                            NAOMI REICE BUCHWALD
                                            UNITED STATES DISTRICT JUDGE